WAESCHE, SHEINBAUM & O'REGAN, P.C.
Attorneys for the Defendants
111 Broadway, Suite 401
New York, New York 10006
Telephone: (212) 227-3550
John R. Foster (JF3635)

ECF CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUBHAN KHAN,

           Plaintiff,

-against-

DOUGLAS MACHINE & TOOL COMPANY, INC.
and TURBOCOMBUSTOR TECHNOLOGY, INC.,

           Defendants.

**RULE 7.1 DISCLOSURE**

Pursuant to F.R.Civ.P. 7.1, the Defendants, Douglas Machine & Tool Company, Inc. and TurboCombustor Technology, Inc., identify the following as a publicly-held parent corporation or a publicly-held corporation owning 10% or more of Plaintiff's stock:

NONE

Dated: New York, New York
August 8, 2008

Waesche, Sheinbaum & O'Regan, P.C.
Attorneys for the Defendants

By: _____
John R. Foster
Attorney ID: JF3635
111 Broadway, Suite 401
New York, NY 10006
(212) 227-3550